**FILED**
MAY - 5 2009
CLERK, U.S. DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION AT SANTA ANA
BY _____ DEPUTY

JS-6/ENTER

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### EASTERN DIVISION

| | |
|---|---|
| KEVIN G. MCGRAW,  <br>       Petitioner,  <br>    v.  <br> ROBERT J. HERNANDEZ, Warden,  <br>       Respondent. | Case No.   EDCV 08-1902-DOC (MLG)  <br>  <br> JUDGMENT |

IT IS ADJUDGED that the petition is denied with prejudice.

Dated: May 5, 2009

_David O. Carter_
David O. Carter
United States District Judge



ENTERED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT
MAY - 6 2009
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY